FOX FILM CORPORATION, Respondent, v. WILLIAM FOX and JACK G. LEO,

Appellants, and Others, Defendants.— Order denying motion to strike out certain matter from the second amended complaint and to compel plaintiff to separately state and number certain causes of action affirmed, with fifty dollars costs and disbursements, with leave to the appealing defendants to answer within ten days from the entry of the order herein. No opinion. Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., not voting.